NATALIE COHEN, by LEON A. COHEN, Her Guardian ad Litem, Respondent, v. PHILIP MININBERG, Appellant.— Order denying defendant's motion to vacate notice for his examination before trial modified by striking from the notice items Nos. 1, 3 and 4, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

SALVATORE GULINO, Respondent, v. CONCETTA CARIO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SCHUYLER HAMILTON, a Taxpayer, etc., Appellant, v. GEORGE W. BAKER and Others, as Trustees of Union Free School District No. 2, etc., Respondents.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

GEORGE J. HERBERGER, Appellant, v. WASHINGTON BULKLEY, INC., Respondent.— Judgment and order denying motion for a new trial reversed upon the law, and new trial granted, with costs to abide the event. We are unable to say that the charge of the court in the absence of counsel was not prejudicial to the plaintiff. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of JACOB BASSUK and Others, Respondents, for a Peremptory Mandamus Order against JOHN F. HYLAN, as Mayor of the City of New York, and Others, Appellants.— Order of peremptory mandamus reversed in the exercise of the discretion of this court, and motion for mandamus denied as a matter of discretion, without costs. (See *People ex rel. Judge* v. *Hylan,* 200 App. Div. 430.) No opinion. Kelly, P. J., Rich and Young JJ., concur; Jaycox and Kelby, JJ., dissent.

In the Matter of the Application of EDWARD J. COLLINS, JR., Respondent, for a Peremptory Writ of Mandamus Directed to JOHN W. MOORE, as Superintendent of Buildings in the Borough of Queens, Appellant, and Another, etc., Commanding Them and Each of Them to Enforce the Provisions of the Building Zone Law or Resolution, etc. HENRY H. BISCHOFF and Others, Appellants.— Order of peremptory mandamus unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.